IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSIE McCORMICK, | : | CIVIL NO. 4:17-CV-1688 |
| Plaintiff | : | |
| v. | : | Magistrate Judge Saporito |
| MATTHEW ALLABACH, | : | |
| Defendant. | : | |

ORDER

AND NOW, this 23rd day of December, 2020, upon consideration of Plaintiff's Motion for Attorney Fees and Expenses, IT IS HEREBY ORDERED THAT said Motion is GRANTED.

BY THE COURT,

*Joseph F. Saporito, Jr.*

FILED
WILKES BARRE
DEC 23 2020
PER  MS
DEPUTY CLERK